UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jul 31 2026
ARTHUR JOHNSTON, CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

United States of America
v.

RUHAL MONDAL

*Defendant(s)*

Case No. 1:26mj659-RPM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 30, 2026 in the county of Harrison in the Southern District of Mississippi, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor (Attempt) |
| 18 U.S.C. § 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:

See Affidavit of SA Danyelle Evans, HSI attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

SA Danyelle Evans, HSI
*Printed name and title*

Sworn to before me and attested to me via reliable electronic means in accordance with Fed. R. Crim. P. 4.1.

Date: 7/31/26

[signature]
*Judge's signature*

City and state: Gulfport, Mississippi

Robert P. Myers,Jr., U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

STATE OF MISSISSIPPI :
: AFFIDAVIT
:
COUNTY OF HARRISON :

I, Danyelle Evans, being duly sworn, depose and state:

I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, assigned to Gulfport, Mississippi. I have been so employed since February 2008. As part of my duties as an HSI Special Agent, I investigate criminal violations relating a number of criminal violations, to include those related to 18 U.S.C. § 2422(b) which prohibits any person from using the mail or any means of interstate or foreign commerce, including the Internet, to knowingly persuade, induce, entice, or coerce any individual under the age of 18 to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or to attempt to do so, and 18 U.S.C. § 2423(b) which prohibits any person from knowingly traveling in interstate or foreign commerce, or entering or leaving the United States, with the intent to engage in any illicit sexual conduct with another person under the age of 18.

I am authorized by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and empowered to conduct investigations of offenses against the United States; conduct searches without warrant at the border or its functional equivalent; conduct inquiries related to alienage and removability; execute and serve search and arrest warrants; serve subpoenas and summonses; administer oaths; make arrests without warrant; require and receive information relating to offenses; and bear firearms.

This Affidavit is made in support of an application for the issuance of an arrest warrant for violations of 18 U.S.C. § 2422(b) which prohibits any person from using the mail or any means of interstate or foreign commerce, including the Internet, to knowingly persuade, induce, entice, or coerce any individual under the age of 18 to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or to attempt to do so, and 18 U.S.C. § 2423(b) which prohibits any person from knowingly traveling in interstate or foreign commerce, or entering or leaving the United States, with the intent to engage in any illicit sexual conduct with another person under the age of 18. Rahul MONDAL is the subject of an HSI-led investigation and is known to reside within the Northern District of Alabama, specifically at a residence in Tuscaloosa, AL, and was arrested in Harrison County, MS.

Information contained in this Affidavit is based upon the investigation I have personally conducted and based on my conversations an information provided by other law enforcement officers involved in this investigation.

Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(b) were committed by MONDAL.

Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

Probable Cause

1. On July 27, 2026, an HSI Special Agent, was acting in an undercover capacity posing as a 14-year-old female on several social media application platforms including the Hily application.

Prior to July 27, 2026, the female Special Agent created an undercover (UC) Hily account for proactive child exploitation investigations. While using the UC account on Hily, she was contacted by a user named "Rohan." The conversation between "Rohan" and the UC was sexually exploitive in nature, and he proposed to meet with the UC to engage in sexual activity.

2. Hily is a social media online application designed to help users meet new people and form connections. The application uses artificial intelligence to improve match suggestions by analyzing user profiles, interests, and behavior. Users can create a profile, upload photos, and specify preferences. Hily offers features such as messaging, and video calls like other forms of social media. The UC Hily account indicated the UC was located in Mississippi.

3. It should be noted that the conversation between Rohan and the UC account is not fully depicted throughout this affidavit. There are several direct quotations throughout, but this is not an all-encompassing conversation thread between the two parties. This is intended to be a summary of the conversation with specific events and highlights.

4. On July 27, 2026, Hily user Rohan initiated a conversation with the UC account. After a brief conversation on Hily, Rohan requested the UC's cellphone number. The UC provided the UC cellphone number.

5. At approximately 10:25 AM, Rohan initiated a text message conversation with the UC cellphone number. Rohan's cellphone number was 205-239-2073. HSI Intelligence Analysts utilized law enforcement databases which indicated the cellphone was associated with Rohan MONDAL. MONDAL and the UC had general conversation about their locations and plans. MONDAL indicated he was from Tuscaloosa, AL, and the UC indicated she was in Jackson, MS, but would later be traveling to Gulfport, MS.

6. MONDAL and the UC continued having general conversation including plans to see each other. The UC told MONDAL she was 14 years old. He replied, "Dang I guessed you would be like 16/17. But still I am cool with that. How do you feel about it? Do you feel comfortable meeting with a 23 yr old". MONDAL and the UC continued having general conversation about hanging out later.

7. MONDAL and the UC continued to engage in general conversation regarding what they were going to do later if they met up. MONDAL asked, "How will we spend time if we meet? Anything on your mind. I have plans but the question is how long can we stay with me?" The UC replied, "What are your plans? My mom is at work all day and I can usually go out with my friends after she gets home so it wouldn't be a big deal." MONDAL mentioned something about chilling at the UC's place. The UC said, "When r u thinkin? We are leaving for Gulfport tomorrow for a few days." MONDAL replied, "But you gotta promise me that the vibes are gonna be elite to make the trip worth it." The UC said, "Lol what if we don't hit it off?" to which MONDAL replied, "then, you owe me gas money." MONDAL and the UC discussed if MONDAL had asked the UC to send him a picture.

8. Throughout July 27th, MONDAL and the UC continued discussing what grade in high school the UC was entering and again discussing them meeting on Hily. On July 28, 2026, MONDAL asked the UC "So what about our hookup plan? When are we doing it at your place?" "??" The UC replied, "Hookup? Like sex?" MONDAL said, "Yeah that's what we talked about" The UC stated, "Ohhhh… I dunno if I really understood… I am kind of younger and haven't had sex yet. Ive like messed around and stuff but not all the way." MONDAL said, "I know that you are young, I am completely okay with that, but don't you want to experience it? Tell me honestly? We will have a good time. I have give you the best experience to get into your first time sex." The UC

then said, "Yeah I just wanted to be honest that ive never done it before you know? I am curious. Just a lil scared tbh." to which MONDAL replied, "I will make you feel comfortable. Nothing to be scared about."

9. Throughout July 29, 2026, and into July 30, 2026, MONDAL and the UC engaged in general conversation regarding the UC having traveled to Gulfport and where they were going to meet and how long it would take MONDAL to drive to Gulfport, MS, from Tuscaloosa, AL. The UC then sent a photo (utilizing age regression software to alter the image to appear as a minor) and said to MONDAL, "here is a pic just in case u forgot what I look like lol." MONDAL also sent the UC a photo of himself which matched the photo associated with his driver's license.

10. On July 30, 2026, at approximately 1:20 PM, MONDAL advised the UC that he had been driving to her in Gulfport, MS, sent her a photo showing a car driving on a highway in the rain, had stopped at a gas station, and would be to her around 3:30 PM. The UC asked MONDAL if he would grab her a Mt. Dew to drink while he was at the gas station. Around 3:45 PM MONDAL arrived at the agreed meeting location (Jones Park across the street from the aquarium in Gulfport, MS) driving a black Toyota Avalon bearing an Alabama license plate that matched the vehicle associated with MONDAL via database checks. MONDAL had also posted a photo of himself in front of the same or similar vehicle on social media. MONDAL parked in the public restroom parking area of Jones Park in Gulfport, MS. Homeland Security Investigations (HSI) Special Agents, along with Harrison County Sheriff's Office (HCSO), the Mississippi Attorney General's Office (AGO), and Mississippi Bureau of Investigations (MBI) approached and arrested MONDAL.

11. Shortly after the arrest of MONDAL, HSI and MSAGO agents interviewed MONDAL at the HSI Gulfport Office. MONDAL was read his Miranda rights and MONDAL advised he

understood and agreed to speak to agents without an attorney present. MONDAL reported he is originally from Bangladesh.

12. In speaking with MONDAL, he stated that he had traveled to Mississippi from Alabama for the purpose of meeting a female who he identified as, Kristy. According to MONDAL, Kristy was a 14 female he met on the social media app, Hily. MONDAL stated he was meeting Kristy for the purposes of having sex with her. MONDAL stated he was unaware that it was illegal to have sex with a consenting teenage child.

Conclusion

Based on the aforementioned facts, it is my belief that on or about July 30, 2026, MONDAL did knowingly attempt to coerce and/or entice a minor victim to engage in sexual conduct through interstate commerce communications and traveled with intent to engage in such conduct in violation of 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(b).

____________________________
Special Agent Danyelle Evans
U.S. Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn Before me this 31st of July 2026.

____________________________
UNITED STATES MAGISTRATE JUDGE