IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS CRIMINAL CASE: **1:26mj659-RPM**

**Rahul Mondal**

---

ORDER APPOINTING COUNSEL

---

The above-named defendant having satisfied this court after appropriate inquiry that he (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SIGNED on this the 31st of July, 2026.

s/ *Robert P. Myers, Jr.*
HONORABLE ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE