IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
1 - SOUTHERN DIVISION (Gulfport)

UNITED STATES PLAINTIFF

VERSUS CRIMINAL NO: 1:26mj00659-RPM

RAHUL MONDAL DEFENDANT

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that Officer Matthew Sones has been assigned as Probation Officer for Defendant Rahul Mondal and should be noticed of all future pleadings by adding as an Interested Party to said case.

**OR**

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that ______________________________ has been assigned as Probation Officer for Defendant ______________________________ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer ______________________________ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

Kevin D. Wright
CHIEF U.S. PROBATION OFFICER

By: ______________________________
Digitally signed by Jennifer Rigby
Date: 2026.07.31 15:47:33 -05'00'