AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

United States of America
v.

RAHUL MONDAL

*Defendant*

Case No. 1:26mj659-RPM

## ARREST WARRANT

JUL 31 PM3:10

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RAHUL MONDAL ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 2422(b) - Attempted Coercion and Enticement
18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct

Date: 7/31/26

*Issuing officer's signature*

City and state: Gulfport, Mississippi

Honorable Robert P. Myers, Jr., U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/31/26 , and the person was arrested on *(date)* 7/31/26
at *(city and state)* Gulfport, MS .

Date: 7/31/26

*Arresting officer's signature*

Danyelle Evans Special Agent
*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 06 2026
ARTHUR JOHNSTON
BY DEPUTY