IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:26-cr-130-TBM-BWR-1

RAHUL MONDAL

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Rahul Mondal, respectfully requests that the trial in this matter be continued to the next trial calendar.

I.

On July 31, 2026, Rahul Mondal, was charged in this Court via criminal complaint in violation of 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(b). On this date, the Office of the Federal Public Defender was appointed to represent him. A two-count indictment was returned on August 11, 2026. Trial is currently scheduled for the calendar beginning October 5, 2026, with a pretrial conference on September 22, 2026, and change of plea notification deadline on September 15, 2026.

II.

Initial discovery was made available to the September 9, 2026. However, the undersigned is currently waiting on the formal discovery material. Counsel needs additional time to obtain and review the discovery with Mr. Mondal and prepare a defense to the charges. For the foregoing reasons, the undersigned respectfully requests that the trial be continued to the next court term.

III.

The defendant agrees that the period of this continuance be excluded from computations

of time for purposes of the Speedy Trial Act.

IV.

The undersigned contacted Assistant United States Attorney Erica Rose who has no objection concerning the requested continuance.

V.

The Defendant submits that the requested continuance will serve the ends of justice and is not sought for purposes of delay.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that his Motion be granted and for such other and further relief that the Court deems just and proper.

Respectfully submitted this the 14th day of September 2026.

RAHUL MONDAL, Defendant

By: */s/NeShondria D. Ellerby*

NeShondria D. Ellerby (MSB No. 104405)
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Telephone: 228-865-1202
Facsimile: 228-867-1907
Email: shon_ellerby@fd.org

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, NeShondria D. Ellerby, do hereby certify that I have this day electronically filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification of such filing to the Assistant United States Attorney of record.

SO CERTIFIED, this the 14th day of September 2026.

*/s/NeShondria D. Ellerby*
Assistant Federal Public Defender